HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**Cedar Lane Technologies Inc.,**

    Plaintiff,

    v.

**Alps Alpine North America Inc,**

    Defendant.

CASE NO. 2:23-cv-00001-JLR

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**JURY TRIAL DEMANDED**

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties and their respective counsel of record, with permission of the Court, that the above-entitled action, be and the same is, hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Each party shall bear its own costs, expenses, and attorneys' fees.

2. IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 23rd day of March, 2023.

| | |
|---|---|
| By: s/ *Philip P. Mann* <br> Philip P. Mann, WSBA No. 28860 <br> **MANN LAW GROUP PLLC** <br> 403 Madison Ave. N. Ste. 240 | s/Brian F. McMahon <br> Brian F. McMahon, WSBA No. 45,739 <br> **Christensen O'Connor** <br> **Johnson Kindness PLLC** |

Voluntary Dismissal
23-cv-00001- 1

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206-436-0900

| | |
|---|---|
| Bainbridge Island, WA 98110<br>Telephone: (206) 436-0900<br>*email: phil@mannlawgroup.com* | 1201 Third Avenue, Suite 3600<br>Seattle, WA 98101<br>Telephone: 206.682.8100<br>Fax: 206.224.0779<br>E-mail: brian.mcmahon@cojk.com,<br>litdoc@cojk.com |
| | Michelle Armond (admitted *pro hac vice*)<br>Josepher Li (admitted *pro hac vice*)<br>ARMOND WILSON LLP<br>4685 MacArthur Court, Suite 390<br>Newport Beach, CA  92660<br>Telephone:  (949) 932-0778<br>Email: michelle.armond@armondwilson.com<br>josepher.li@armondwilson.com |

**Counsel for Defendant**
***Alps Alpine North America Inc.***

**[PROPOSED] ORDER**

Based on the foregoing, IT IS SO ORDERED that the request to dismiss this matter with prejudice is hereby GRANTED.

DATED: March 24, 2023

_____
HON. JAMES L. ROBART

Voluntary Dismissal
23-cv-00001- 2

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206-436-0900